UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AMANDA LYNN MUSE,**
**Individually and on behalf of all**
**others similarly situated,**

        Plaintiff,

v.                              Case No: 8:23-cv-00353-MSS-CPT

**Gateway Genomics, LLC**

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal With Prejudice, (Dkt. 12), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs associated with this matter. The Clerk is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of July 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party